# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147022 & (15)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MORRIS LEE HOUSTON,
      Defendant-Appellant.

SC: 147022
COA: 314613
Wayne CC: 09-011889-01-FC

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the February 28, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The application is denied without prejudice to the defendant asserting his ineffective assistance of counsel claims in a motion for relief from judgment under MCR 6.508(D).





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2014

Clerk

d0122